**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ex parte Richard Vincent Letizia

Appellate case number:   01-16-00808-CR

Trial court case number: 2112524

Trial court:             County Criminal Court at Law No. 10 of Harris County

Appellant, Richard Vincent Letizia, has filed a notice of appeal of the trial court's order denying his application for a writ of habeas corpus. The clerk's record was filed on October 12, 2016, and the reporter's record was filed on October 26, 2016. The Court will consider briefing in this appeal. *See* TEX. R. APP. P. 31.1.

Appellant's brief will be due within 20 days from the date of this order. *See* TEX. R. APP. P. 31.2, 38.6(a). The State's brief, if any, will be due no later than 20 days from the date that appellant's brief is filed. TEX. R. APP. P. 31.2, 38.6(b).

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                    ☑ Acting individually

Date: November 8, 2016